# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 14, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

140842 (60)

_____

In re LENA ANNE BECK and AVERY JOEL
BECK, Minors.

_____

DEPARTMENT OF HUMAN SERVICES,
      Petitioner-Appellee,

v

LAWRENCE MICHAEL BECK,
      Respondent-Appellant.

_____

SC: 140842
COA: 293138
Oakland CC Fam Div:
    07-733751-NA

      On order of Chief Justice, the motion by the Family Law Council for the Family Law Section of the State Bar of Michigan for leave to file a brief *amicus curiae* in this case is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 14, 2010

_____
Clerk